IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

      Plaintiff,

*vs*.           //        CRIMINAL NO:    2:10CR25

LUKE W. PUGH,

      Defendant.

### ORDER SCHEDULING CHANGE OF PLEA HEARING

The Court has been advised that the Defendant in this case has entered into a plea agreement with the Government.

In accord with the request of the District Court, the matter is scheduled for consideration of the proposed plea agreement before United States Magistrate Judge John S. Kaull on **Tuesday, March 8, 2011, at 2:00 p.m.**, at the **Elkins, West Virginia**, point of holding court.

The period of delay from and including the date trial was originally scheduled until a determination is made with respect to Defendant's proposed plea agreement shall be excluded in computing the time within which the trial of the offense charged in this criminal action must commence, in accordance with 18 U.S.C. § 3161(h)(1)(I).

**IT IS SO ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: February 22, 2011.

                         *John S. Kaull*
                         JOHN S. KAULL
                         UNITED STATES MAGISTRATE JUDGE